IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERRAD T. SEIBERT,

    Petitioner,

v.

                                ORDER

                         Case No.  24-cv-343-wmc

STATE OF WISCONSIN,

    Respondent.

Petitioner Jerrad T. Seibert seeks a writ of habeas corpus.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than June 20, 2024.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately November 23, 2023 through the date of the petition, May 23, 2024.

ORDER

IT IS ORDERED that:

    1.    Petitioner Jerrad T. Seibert may have until June 20, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before June 20, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 23rd day of May, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge